IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| for the Use and Benefit of | ) | |
| Holden & Flynn Universal Contractors, Inc. | ) | |
| (a New York corporation) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HENSEL PHELPS CONSTRUCTION CO. | ) | CASE NUMBER - 1:06CV01181 |
| (a Delaware corporation) | ) | |
| | ) | JUDGE: PAUL L. FRIEDMAN |
| and | ) | |
| | ) | DECK TYPE: CONTRACT |
| BYRNE MILLWORK, INC. | ) | |
| (a Delaware corporation) | ) | DATE STAMP: 06/28/06 |
| | ) | |
| and | ) | |
| | ) | |
| TRAVELER'S CASUALTY & SURETY CO. | ) | |
| (a Connecticut corporation) | ) | |

PRAECIPE

THE CLERK OF THE COURT will note that this case has been settled and the Complaint is dismissed with prejudice.

 

_____
BERNARD C. DIETZ
Attorney for Plaintiff
Bar No. 23200
209 Pennsylvania Avenue, SE
Washington, DC 20003
(202)548-8000